**Ishmael HARRIS, Plaintiff–Appellant,**

v.

**James M. FOX, Defendant–Appellee.**

**No. 00–6372.**

United States Court of Appeals,
Second Circuit.

Jan. 8, 2002.

Ishmael Harris, White Deer, PA, pro se.

Susan Corkery and Emily Berger, Assistant United States Attorneys for the Eastern District of New York, Brooklyn, NY, for Appellee.

Present LEVAL, CABRANES, and STRAUB, Circuit Judges.

SUMMARY ORDER

IN CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be and it hereby is AFFIRMED.

Plaintiff Ishmael Harris appeals from the district court's denial of (1) plaintiff's petition for a writ of mandamus asking the court to direct the Chief United States Probation Officer to correct his pre-sentence report and (2) plaintiff's motion for recusal of the district judge.

We affirm the denial of both motions for substantially the reasons given by the district court.

Accordingly, the judgment of the district court is AFFIRMED.